Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

_____ Division

GREGORIO CHAVERO AGUILAR

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

**-v-**

S & M CONSTRUCTION, LLC (OF TEXAS)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | GREGORIO CHAVERO AGUILAR |
| Street Address | 30898 IVY STREET |
| City and County | DENHAM SPRINGS, LIVINGSTON PARISH |
| State and Zip Code | LOUISIANA 70726 |
| Telephone Number | 337-443-5598 |
| E-mail Address | CHAVEROGREGORIO8@GMAIL.COM |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

Defendant No. 1

Name                              S & M CONSTRUCTION, LLC (OF TEXAS)

Job or Title *(if known)*

Street Address                    26852 JILL ROAD

City and County                   HOLDEN, LIVINGSTON PARISH

State and Zip Code                LOUISIANA 70744

Telephone Number                  469-231-7540

E-mail Address *(if known)*       S.MCONSTRUCTION_LLC@YAHOO.COM

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

C.     **Place of Employment**

The address at which I am employed or was employed by the defendant(s) is

| | |
|---|---|
| Name | |
| Street Address | |
| City and County | SLIDELL, ST. TAMMANY PARISH |
| State and Zip Code | LOUISIANA 70458 |
| Telephone Number | |

II.     **Basis for Jurisdiction**

This action is brought pursuant to *(check all that apply)*:

- [x] Fair Labor Standards Act, as codified, 29 U.S.C. §§ 201 to 209.
- [ ] Relevant state law
- [ ] Relevant city or county law

III.     **Statement of Claim**

State as briefly as possible the facts of your case. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     Nature of employer's business:
CONSTRUCTION

B.     Dates of employment:
2018 through July 2019

C.     Employee's job title and a description of the kind of work done:
Employee was engaged as a laborer doing framing on construction sites

D.     Rate, method, and frequency of wage payment:

Employee was originally paid $15.00 an hour then $16.00 and finally $17.00 an hour

E.    Number of hours actually worked each week in which a violation is claimed:
At $17.00 an hour, he worked at least four weeks without overtime compensation: 48 hours, 42 hours, 41 hours, and 43 hours.
At $16.00 an hour, he worked at least four weeks without overtime compensation: 44 hours, 44 hours, 48 hours, and 44 hours
At $15.00 an hour, he worked at least one week at 43 hours without overtime compensation

F.    Description of the alleged violation(s) *(check all that apply)*:

☐    Failure to pay the minimum wage *(explain)*

☑    Failure to pay required overtime *(explain)*

☐    Other violation(s) *(explain)*

G.    Date(s) of the alleged violation(s):
2018 through July 2019

H.    Additional facts:
We possess a wage statement indicating the total weekly pay he received for the 27 weeks he worked in 2019 from January through July.  By dividing the total pay by $15, $16, and $17 we arrive at tidy whole numbers indicating the hours he worked in any given week. From this we can tell which weeks he worked overtime without overtime compensation and at what rates.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

For the year 2019, at $17.00 an hour, he worked at least 14 hours of overtime without compensation. At the $8.50 overtime rate, he is entitled to collect $119.00. At $16.00 an hour, he worked at least 20 hours of overtime without compensation. At the $8.00 overtime rate, he is entitled to $160.00. At $15.00 an hour, he worked at least 3 hours of overtime without compensation. He is entitled to $22.50 at the overtime rate of $7.50.

He is owed at least $301.50 plus double that in liquidated damages and attorney fees and costs for the year 2019. We believe that with discovery we will identify more overtime violations for the year 2018. Assuming consistent and average violations, he is entitled to $301.50 over a 27 week span in 2019, which amounts to an average of $11.16 in overtime pay a week. Over a 52 week span for 2018 that would amount to $580.66 in unpaid overtime.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff

### B.    For Attorneys

Date of signing:            10-22-20

Signature of Attorney

Printed Name of Attorney    JOSEPH S. MANNING

Bar Number            35220

| | |
|---|---|
| Name of Law Firm | ROWE LAW FIRM |
| Street Address | 5157 BLUEBONNET BLVD, BATON ROUGE |
| State and Zip Code | LOUISIANA 70810 |
| Telephone Number | 225-293-8787 |
| E-mail Address | JMANNING@ROWELAW.NET |